# United States District Court

**SOUTHERN** DISTRICT OF **CALIFORNIA**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**Premises known as:**
Black Cannon Digital Camera SN: 4627301868; Sanyo cell phone, DEC: 00601128772; Kyocera cell phone, ID: 03409440945; Motorola cell phone, SN: 364YEW5C5V; LG cell phone, SN: 512QLH2605560-CGR-P64; LG cell phone, SN: 509CQEA401804-CGR-P64; Motorola cell phone, SN: 364VHG4XRQ; Motorola cell phone, SN: 364KFG0XRQ; Panasonic cell phone, ESN: 19306677759.

FILED
08 FEB -5 AM 8:53
**SEARCH WARRANT**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**CASE NUMBER:** '08 MJ 0206
BY: LP  DEPUTY

TO:  **Any duly authorized Federal Officer**  and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Sonny Kilmer** who has reason to
                                                        *Affiant*
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
One black Cannon Digital Camera, SN: 4627301868; one Sanyo cell phone, model SCP-3100, DEC: 00601128772; one Kyocera cell phone, blue in color, model 3G CDMA, ID: 03409440945; one Motorola cell phone, model i860, SN: 364YEW5C5V; one LG cell phone, model C1500, SN: 512QLH2605560-CGR-P64; one LG cell phone, model C1500, SN: 509CQEA401804-CGR-P64; one Motorola cell phone, model i415, SN: 364VHG4XRQ; one Motorola cell phone, model i215, SN: 364KFG0XRQ; one Panasonic cell phone, model EB-TX320ASW, ESN: 19306677759.

in the **SOUTHERN** District of **CALIFORNIA** there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT A**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **February 2, 2008**
                                                                *Date*
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to **Jan M. Adler**
as required by law.                                                                                *U.S. Judge or Magistrate*

**1/23/08 @ 4:28 p.m.**   at   **San Diego, CA**
Date and Time issued                City and State

**Jan M. Adler  US Magistrate Judge**
Name and Title of Judicial Officer          Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| January 23, 2008 | January 30, 2008 | San Diego Police Department Property Unit |

**INVENTORY MADE IN THE PRESENCE OF**
SDPD Sgt. Howard Labore, ID#3339

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

(1) Black Cannon Digital Camera SN: 4627301868;

(1) Sanyo cell phone, DEC: 00601128772;

(1) Kyocera cell phone, ID: 03409440945;

(1) Motorola cell phone, SN: 364YEW5C5V;

(1) LG cell phone, SN: 512QLH2605560-CGR-P64;

(1) LG cell phone, SN: 509CQEA401804-CGR-P64;

(1) Motorola cell phone, SN: 364VHG4XRO;

(1) Motorola cell phone, SN: 364KFG0XRQ;

(1) Panasonic cell phone, ESN: 19306677759.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_
**U.S. Judge or Magistrate**

2/1/08
**Date**